**1002**

In the Matter of CALPA PRODUCTS COMPANY, Bankrupt (Claims 76 and 77).

Robert C. Grasberger, Trustee in Bankruptcy and Richard J. Hill, Objecting Creditor, Appellants (two cases).

Nos. 15368, 15369.

United States Court of Appeals Third Circuit.

Argued Dec. 6, 1965.

Decided Dec. 21, 1965.

Certiorari Denied March 21, 1966.

See 86 S.Ct. 1204.

Peter P. Zion, Philadelphia, Pa., for creditor appellant in Nos. 15368, 15369.

Samuel Marx, Philadelphia, Pa., for trustee appellant in Nos. 15368, 15369.

William T. Adis, Philadelphia, Pa., for appellees in both appeals.

Before KALODNER, Chief Judge, and MARIS and FORMAN, Circuit Judges.

PER CURIAM.

On review of the record we find no error. The Order of the District Court will be affirmed for the reasons so well stated in the Opinion of Judge Luongo, 249 F.Supp. 71.

William S. and Mary P. SERRI, Petitioners,

v.

COMMISSIONER OF INTERNAL REVENUE.

No. 15321.

United States Court of Appeals Third Circuit.

Argued Nov. 18, 1965.

Decided Dec. 2, 1965.

Rehearing Denied Feb. 18, 1966.

David Berger, Philadelphia, Pa., (Frank S. Deming, Philadelphia, Pa., on the brief), for petitioners.

Burton Berkley, Department of Justice, Tax Division, Washington, D. C. (John B. Jones, Jr., Acting Asst. Atty. Gen., Lee A. Jackson, John M. Brant, Jeanine Jacobs, Attorneys, Department of Justice, Washington, D. C., on the brief), for respondent.

Before KALODNER, Chief Judge, and McLAUGHLIN and SMITH, Circuit Judges.

PER CURIAM:

On review of the record we find no error. The Decision of the Tax Court will be affirmed for the reasons so well stated in Judge Hoyt's Memorandum Findings of Fact and Opinion (T. C. Memo 1964–219).